HAYS, Respondent, v. HATHAWAY, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Washington D. Hays against Charles F. Hathaway.

PER CURIAM. Order dismissing the appeal herein, heretofore made and entered by this court (94 N. Y. Supp. 1148), vacated and set aside, on condition that the defendant, within 10 days after service of a copy of this order, together with notice of entry thereof, file an undertaking, to be approved by a justice of the Supreme Court, conditioned for the payment of the judgment herein, together with any and all costs and disbursements which may be awarded against him in the event that said judgment and order appealed from are affirmed on said appeal, and pay to respondent's attorney $10 costs for this motion and the $10 costs imposed on the motion to dismiss said appeal, and upon the further condition that said defendant, within 20 days after filing such undertaking and paying said costs, procure his case on appeal to be settled, signed, and filed, and the printed papers on appeal filed and served, as by the general rules of practice required. In the event that said defendant shall fail to comply with any of the terms and conditions herein imposed as a condition of the granting of said motion, said motion is denied, with $10 costs.

HECK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. October 24, 1905.) Action by George Heck against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

HEDSTROM et al., Appellants, v. HARRIS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by Anna M. Hedstrom and others against George D. Harris and another. PER CURIAM. Judgment affirmed, with costs.

SPRING and HISCOCK, JJ., dissent, on the authority of Fuller v. Kemp, 138 N. Y. 238, 33 N. E. 1034, 20 L. R. A. 785, and Nassoiy v. Tomlinson, 148 N. Y. 326, 42 N. E. 715, 51 Am. St. Rep. 695.

HEMPSTOCK, Respondent, v. LACKAWANNA IRON & STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1905.) Action by Harry Hempstock against the Lackawanna Iron & Steel Company. No opinion. Judgment and

order affirmed, with costs. See 90 N. Y. Supp. 663.

HENRY, Appellant, v. FEIST et al., Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Robert B. Henry against Augusta Feist and others. E. L. Garvin, for appellant. A. Benedict, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

HENRY v. NEW YORK & H. R. CO. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by Samuel Henry against the New York & Harlem Railroad Company. No opinion. Motion denied.

HERTZ, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Lillian J. Hertz against the Manhattan Railway Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

HERZOG, Respondent, v. MUNICIPAL ELECTRIC LIGHT CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Paul M. Herzog, as receiver, against the Municipal Electric Light Company. O. C. Semple, for appellant. L. Marshall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HESS et al., Appellants, v. BURNS et al., Respondents. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Charles A. Hess and others against Emily E. Burns and others. L. Marshall, for appellants. W. McCrea, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

HICKEY, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Term. December 21, 1905.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Michael Hickey against the New York City Railway Company. Judgment for plaintiff, and defendant appeals. Reversed. William E. Weaver, for appellant. O'Neill & Shay, for respondent.

PER CURIAM. By the plaintiff's own testimony he was so clearly guilty of contributory negligence that it is impossible to conceive how the jury could determine in his favor, except as the result of prejudice. Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.

HILL, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by James A. Hill against the Solvay Process Company. No opinion. Judgment and order affirmed, with costs.